# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| TAUNA THOMPSON,<br><br>    Plaintiff,<br><br>v.<br><br>CALIFORNIA RECOVERY SYSTEMS, INC.,<br><br>    Defendant. | Case No.: 2:10-cv-01490-JST-PJW<br><br>[~~PROPOSED~~] ORDER |

Based upon the Stipulation to Dismiss a Party and pursuant to Fed. R. Civ. P. 41(a)(2), California Recovery Systems, Inc. is hereby dismissed with prejudice.

**IT IS SO ORDERED.**

Dated: 10-20-10

The Honorable Judge
United States District Judge

1

[Proposed] Order